**Anthony CANNAO et al.**

v.

**John RHUDE et al.**

No. 83–564–M.P.

Supreme Court of Rhode Island.

Dec. 1, 1983.

Anthony M. Gallone, Bordieri, Gallone, Penza & Olenn, Thomas L. Marcaccio, Jr., Marcaccio & Marcaccio, Providence, for petitioner.

Michael F. Horan, Pawtucket, for respondent.

### ORDER

The petition for writ of certiorari is denied.

MURRAY, J., did not participate.

**STATE**

v.

**Ronald CHASE.**

No. 83–594–M.P.

Supreme Court of Rhode Island.

Dec. 1, 1983.

Dennis J. Roberts II, Atty. Gen., for plaintiff.

Ronald Chase, pro se.

### ORDER

The motion to summarily reverse the judgment of conviction, as prayed, is denied, without prejudice, however, to petitioner's seeking review of the judgments of which he complains by petition for writ of certiorari.

MURRAY, J., did not participate.

**STATE**

v.

**William EARLEY.**

No. 83–114–C.A.

Supreme Court of Rhode Island.

Dec. 1, 1983.

Dennis J. Roberts II, Atty. Gen., F. Thomas O'Halloran II, Sp. Asst. Atty. Gen., for plaintiff.

William K. Earley, pro se.

### ORDER

The motion to reargue is denied.

MURRAY, J., did not participate.